114 F.3d 1173
 Peter J. Scalia, D.D.S., d/b/a Peter J. Scalia, D.D.S.,
P.A., a New Jersey professional corporation
v.
Lafayette Life Insurance Company, Paul Revere Life Insurance
Company; John Patrick Fisher, an Underwriter at Lloyds,
London, on his own behalf and for all Underwriters at Lloyds
subscribing to Insurance Policy No. HA903657 v. Peter J.
Scalia; National Casualty Company v. Peter J. Scalia, D.D.S., P.A.
 NO. 96-5341
 United States Court of Appeals,
Third Circuit.
 Apr 24, 1997
 
 1
 Appeal From: D.N.J. ,Nos.92-cv-03724, 92-cv-05376, 93-cv-02464
 
 
 2
 Affirmed.